## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHAD EVERETTS,**
**Individually and on Behalf of**
**All Others Similarly Situated**                                    **PLAINTIFF**

**v.**                                    **No. 1:18-cv-85-DPM**

**BAD BOY, INC.  and**
**BAD BOY MOWERS, INC.**                                    **DEFENDANTS**

### JUDGMENT

The complaint is dismissed with prejudice.

_____

D.P. Marshall Jr.
United States District Judge

16 May 2019